1   STEVEN G. KALAR
    Federal Public Defender
2   DIANA A. GARRIDO                          E-FILED ON 2/6/2013
    Assistant Federal Public Defender
3   160 West Santa Clara Street
    Suite 575
4   San Jose, CA 95113
    Telephone:  (408) 291-7753
5
    Counsel for Defendant Coryell
6

7                   IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

10  UNITED STATES OF AMERICA,          )   No. CR 12-00804 DLJ
                                       )
11                 Plaintiff,          )   STIPULATION AND []
                                       )   ORDER CONTINUING HEARING DATE
12  vs.                                )   AND EXCLUDING TIME UNDER THE
                                       )   SPEEDY TRIAL ACT
13  NOEMI RUBIO BAEZ, and              )
    KATHRYN DARLENE CORYELL,           )
14                                     )
                   Defendants.         )
15                                     )
                                       )
16  _____)

17        The defendant, Kathryn Darlene Coryell, represented by Assistant Federal Public

18  Defender Diana A. Garrido; the defendant, Noemi Rubio Baez, represented by Bruce C. Funk;

19  and the government, represented by Trial Attorneys Charles A. O'Reilly and Erin Mellen, hereby

20  stipulate that, with the Court's approval, the status conference currently set for Thursday,

21  February 7, 2013 at 9:00 a.m., shall be continued to Thursday, March 21, 2013 at 9:00 a.m.

22        The continuance is requested to provide both defense counsel and the government with

23  additional time to review discovery and negotiate an appropriate resolution. The continuance

24  would provide all parties with the reasonable time necessary for effective preparation.

25  Accordingly, both parties respectfully request that the time between February 7, 2013 and March

26  21, 2013 be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

1

Dated: February 4, 2013

2

3
                                  STEVEN G. KALAR
                                  Federal Public Defender

4

5
                                     /s/
                                  DIANA A. GARRIDO
                                  Assistant Federal Public Defender

6

7

Dated: February 4, 2013

8

9
                                   /s/
                                  BRUCE C. FUNK
                                  Counsel for Noemi Rubio Baez

10

11

Dated: February 4, 2013

12
                                    MELINDA HAAG
                                    United States Attorney

13

14
                                   /s/
                                  CHARLES A. O'REILLY
                                  Trial Attorney

15

16

Dated: February 4, 2013

17
                                    MELINDA HAAG
                                    United States Attorney

18

19
                                   /s/
                                  ERIN MELLEN
                                  Trial Attorney

20

21

22

23

24

25

26

1

**[] ORDER**

2    Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that

3 the time between February 7, 2013 and March 21, 2013 is excluded under the Speedy Trial Act,

4 18 U.S.C. §3161. The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the

5 failure to grant the requested continuance would unreasonably deny counsel reasonable time

6 necessary for effective preparation, taking into account the exercise of due diligence.

7 Furthermore, the Court finds that the ends of justice served by granting the requested

8 continuance outweigh the best interest of the public and the defendants in a speedy trial. The

9 Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§

10 3161(h)(7)(A) and (B)(iv).

11

12 IT IS SO ORDERED.

13

14 DATED: _____

15                                              _____
                                                 THE HONORABLE D. LOWELL JENSEN
16                                               United States District Judge

17

18

19

20

21

22

23

24

25

26