1  PAUL B. MELTZER (State Bar No. 077425)
   LAW OFFICES OF PAUL B. MELTZER
2  A Professional Corporation
   740 Front Street, Suite 325
3  Santa Cruz, California 95060
   Telephone: (831) 426-6000
4
5  Attorneys for Defendant, KATHRYN DARLENE CORYELL

6
                    UNITED STATES DISTRICT COURT
7                  NORTHERN DISTRICT OF CALIFORNIA

8                          SAN JOSE DIVISION

9  UNITED STATES OF AMERICA,          )  Case No.: 12-00804-DLJ
                                      )
10            Plaintiff,              )
                                      )
11      vs.                           )  STIPULATION TO CONTINUE
                                      )  AND [PROPOSED] ORDER
12  NOEMI RUBIO BAEZ and              )
                                      )
13  KATHRYN DARLENE CORYELL,          )
                                      )  Judge: The Honorable Judge Jensen
14            Defendants.             )
   _____)
15

16       IT IS HEREBY STIPULATED by and between all counsel that there exists good cause

17  to continue the July 11, 2013 Status Conference at 9:00 a.m. previously set forth in the matter of

18  NOEMI RUBIO BAEZ and KATHRYN DARLENE CORYELL to August 1̶5̶, GJ 2013 at 9:00 a.m.

19  for Status Conference. Paul Meltzer, attorney for defendant KATHRYN DARLENE

20  CORYELL, will be in trial in Santa Cruz County Superior Court on the week of July 15, 2013

21  and has a Trial Readiness Conference scheduled for July 11, 2013 at 9:00 a.m. in Santa Cruz

22  County. Assistant U.S. Attorney Charles O'Reilly has no objection to the continuance and the

23  new date, and co-counsel Bruce Funk is also in agreement.

24       The parties agree that the time between July 11, 2013 and August 1̶5̶, GJ 2013 shall be

25  excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161

26  pursuant to Title 18, United States Code § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv). The parties

27  agree that the time is excludable in that the ends of justice served by granting this continuance

28  outweigh the best interests of the public.

                        STIPULATION TO CONTINUE - 1

1    Therefore, it is respectfully requested that the previously set Status Conference of July

2    11, 2013 be vacated and a Status Conference be set for August 1̶5̶, 2013 at 9:00 a.m.

3    THE PARTIES SO STIPULATE.

4

5

6    Dated: July 1. 2013                    UNITED STATES ATTORNEY

7

8                                            _____/S/_____
                                             Charles O'Reilly, A.U.S. Attorney
9

10

11   Dated: July 1, 2013                    LAW OFFICES OF PAUL B. MELTZER

12

13                                           _____
                                             PAUL B. MELTZER,
14                                           Attorney for Defendant KATHRYN D.CORYELL

15

16   Dated: July 1, 2013                    LAW OFFICE OF BRUCE FUNK

17

18                                           _____/S/_____
                                             BRUCE FUNK,
19                                           Attorney for Defendant NOEMI RUBIO BAEZ

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

[PROPOSED] ORDER

17     Good cause shown, therefore, IT IS HEREBY ORDERED that the July 11, 2013 Status

18  Conference at 9:00 a.m. previously set forth in the matter of NOEMI RUBIO BAEZ and

19  KATHRYN DARLENE CORYELL is continued to August 15, 2013 at 9:00 a.m. for Status

20  Conference.  It is further ordered that the time between July 11, 2013 until August 15, 2013 shall

21  be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161

22  pursuant to Title 18, United States Code § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv).

23     SO ORDERED.

24

25  Dated:  _____

26                                              _____
                                                HON. D. LOWELL JENSEN, DISTRICT JUDGE
27                                              UNITED STATES DISTRICT COURT

28