1   MELINDA HAAG (CSBN 132612)
    UNITED STATES ATTORNEY
2
    J. DOUGLAS WILSON (DCBN 412811)
3   CHIEF, CRIMINAL DIVISION

4   CHARLES A. O'REILLY (CAB 160980)          E-FILED on 1/22/14
    ERIN S. MELLEN (VAB 70319)
5   SONIA M. OWENS
    TRIAL ATTORNEYS
6   450 GOLDEN GATE AVE., BOX 36055
    SAN FRANCISCO, CA 94102
7   TELEPHONE:        (202) 514-5762
    FACSIMILE:        (202) 514-9623
8   E-MAIL:           CHARLES.A.O'REILLY@USDOJ.GOV

9   ATTORNEYS FOR UNITED STATES OF AMERICA

10

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15  UNITED STATES OF AMERICA,
                                            No. CR 12-00804-DLJ
16              Plaintiff,
                                            STIPULATION AND []
17          v.                              ORDER CONTINUING SENTENCING
                                            HEARING
18  NOEMI RUBIO BAEZ,
                                            Date:      January 23, 2014
19              Defendant.                  Time:      10:00 a.m.
                                            Place:     Courtroom
20

21          The United States, by and through Melinda Haag, United States Attorney, Charles A.

22  O'Reilly, Sonia M. Owens and Erin S. Mellen, and Noemi Rubio Baez, by and through her

23  attorney, Bruce C. Funk, hereby stipulate that the sentencing in this matter, currently scheduled

24  for January 23, 2014 at 10:00 a.m., should be continued two weeks to February 6, 2014 at

10:00 a.m. This continuance will enable both parties to provide complete information and analysis to United States Probation regarding sentencing.

United States Probation Officer Karen Mar advised that February 6, 2014 works for her.

Respectfully submitted this 8th day of January, 2014.

MELINDA HAAG
United States Attorney


 */s Charles A. O'Reilly*_____
CHARLES A. O'REILLY
SONIA M. OWENS
ERIN S. MELLEN
Trial Attorney


 */s Bruce C. Funk*_____
Attorney for Noemi Baez

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,

11              Plaintiff,                        No. CR 12-00084-DLJ

12              v.                                [] ORDER CONTINUING
                                                 SENTENCING HEARING
13   NOEMI RUBIO BAEZ,

14              Defendant.

15

16        With the agreement of the Parties, the Court continues the scheduled sentencing hearing

17   from January 23, 2014 at 10:00 a.m. to February 6, 2014 at 10:00 a.m.

18        IT IS HEREBY ORDERED.

19

20

21   Dated:   FEBGEFI                    _____

22                                       D. Lowell Jensen
                                         UNITED STATES DISTRICT JUDGE
23

24